EICHNER, Respondent, v. LIVERPOOL & L. & G. INS. CO., Appellant.

*(Common Pleas of New York City and County, General Term.　February 3, 1890.)*

Motion for reargument.

Argued before BOOKSTAVER and BISCHOFF, JJ.

*Butler, Stillman & Hubbard,* for appellant.　*H. Joseph,* for respondent.

PER CURIAM.　A very simple mathematical calculation shows that the verdict of the jury rendered in this action, and the judgment entered thereon, is too large, even according to plaintiff's own showing.　The return also shows that some of the property for which damages were sought to be recovered were not such as usually belong to women, consisting, as they did, of "one gent's blue flannel suit, one coat and vest," and other property, and yet there was no proof in the case, as far as we have been able to discover, to show that these articles really belonged to her, or were covered by the policy.　The condition of the policy relating to the ascertainment of the amount of loss or damages is, unless waived, a condition precedent to the right of the plaintiff to recover. *Delaware & H. Canal Co.* v. *Pennsylvania Coal Co.,* 50 N. Y. 250.　The testimony in this case, as it appears from the return, is very much confused; but it would seem that the plaintiff either did not attempt to comply with this condition, or that, if she did comply, she was bound by the action of the appraisers, especially in view of the fact that, as to one of the two companies involved in the loss, she settled upon the terms of the appraisement.　In view of these facts, we think there should be a reargument in the case.　All concur.

---

PEOPLE *v.* GOLDBERG *et al.*

*(Common Pleas of New York City and County, General Term.　April 7, 1890.)*

Application to vacate judgment against Jacob Goldberg, surety, and Joseph Stein, principal, on forfeited recognizance.

Argued before LARREMORE, C. J., and DALY and BISCHOFF, JJ.

*Fromme Bros.,* for petitioner.　*J. R. Fellows,* for the People.

DALY, J.　The application for the discharge of the judgment should be granted, as it appears that the principal was produced in court after the forfeiture, and, having pleaded guilty, was sentenced to pay a fine.　All concur.

---

PEOPLE *v.* STOCK *et al.*

*(Common Pleas of New York City and County, General Term.　April 7, 1890.)*

Application to vacate judgment against John Stock, principal, and Thomas Cunningham, surety, on forfeited recognizance.

Argued before LARREMORE, C. J., and DALY and BISCHOFF, JJ.

*Townsend & Mahon,* for petitioners.　*J. R. Fellows,* for the People.

DALY, J.　The application should be granted, as it appears that the principal was surrendered after the forfeiture of the recognizance, and was tried and convicted, and sentenced to pay a fine for his offense,—the violation of a corporation ordinance.　All concur.

---

TINSLEY *et al.,* Respondents, *v.* WEIDINGER, Appellant.

*(Common Pleas of New York City and County, General Term.　April 7, 1890.)*

Argued before Larremore, C. J., and DALY and BISCHOFF, JJ.

*Johnston & Johnston,* for appellant.　*Billings & Cardozo,* for respondents.

No opinion.　Motion for leave to appeal to the court of appeals granted. See 7 N. Y. Supp. 260; 8 N. Y. Supp. 476.